ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 5 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No.   4:12-CR-168-A |
| | § § | |
| JOSUE MARTINEZ-GARCIA (01) | § | |

## GOVERNMENT'S EXHIBIT LIST

| EX | WITNESS | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1. | Jacob Fenton/ George Courtney | Fenton cell phone record | _____ | _____ |
| 2. | George Courtney | Martinez-Garcia cell phone record | _____ | _____ |
| 3. | George Courtney | Alton Gary cell phone record | _____ | _____ |
| 4. | George Courtney | Rogelio Plancarte cell phone record | _____ | _____ |
| 5. | Josue Martinez-Garcia | Judgment, Cause No. 1172647001 | _____ | _____ |

GOVERNMENT'S EXHIBIT LIST - Page 1

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Matthew J. Gulde*

MATTHEW J. GULDE
Assistant United States Attorney
Illinois State Bar No. 6272325
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5248
Facsimile: 817.252.5455

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, a true copy of the foregoing Witness List was served by first class mail to Todd Durden at 131 East Vine Street, Keller, Texas 76248, counsel for the defendant.

*/s/ Matthew J. Gulde*

MATTHEW J. GULDE
Assistant United States Attorney