ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 5 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:12-CR-168-A |
| | § | |
| JOSUE MARTINEZ-GARCIA (01) | § | |

## GOVERNMENT'S WITNESS LIST

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
| --- | --- | --- | --- |
| 1. | George Courtney<br>Case Agent, DEA | Investigation of defendant | ___/___ |
| 2. | Brian Finney<br>DEA | Investigation of defendant | ___/___ |
| 3. | Cyrus Crum<br>DEA | Investigation of defendant | ___/___ |
| 4. | AJ Dominguez<br>DEA | Investigation of defendant | ___/___ |
| 5. | Jacob Fenton | Defendant's involvement in drug trafficking | ___/___ |
| 6. | Arthur Luna | Defendant's involvement in drug trafficking | ___/___ |
| 7. | Carlos Mendoza | Defendant's involvement in drug trafficking | ___/___ |

Government's Witness List - Page 1

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 8. | Jesse Guadian | Defendant's involvement in drug trafficking | _____/_____ |
| 9. | Alton Gary | Defendant's involvement in drug trafficking | _____/_____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Matthew J. Gulde
MATTHEW J. GULDE
Assistant United States Attorney
Illinois State Bar No. 6272325
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5248
Facsimile: 817.252.5455

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, a true copy of the foregoing Government's Exhibit List was served by first class mail to Todd Durden at 131 East Vine Street, Keller, Texas 76248, counsel for the defendant.

/s/ Matthew J. Gulde
MATTHEW J. GULDE
Assistant United States Attorney