ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 NOV -7  AM 10: 59

CLERK OF COURT

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | NO. 4:12-CR-168-A |
| JOSUE MARTINEZ-GARCIA (01) | § | |

### DEFENDANT'S WITNESS LIST

TO THE HONORABLE JOHN McBRYDE, UNITED STATES DISTRICT JUDGE:

Defendant, Josue Martinez-Garcia, by counsel, respectfully provides the following list of prospective witnesses to the Court. As in every criminal case, the Defendant is a potential witness, but enjoys the privilege against testifying, and such privilege is not waived or diminished. Every witness listed may be impeached, according to the Federal Rules of Evidence.

| | Witness | Sworn | Testified |
|---|---|---|---|
| 1. | George Courtney<br>Case Agent, DEA | | |
| 2. | Brian Finney<br>DEA | | |
| 3. | Cyrun Crum<br>DEA | | |
| 4. | AJ Dominguez<br>DEA | | |
| 5. | Jacob Fenton | | |
| 6. | Arthur Luna | | |
| 7. | Carlos Mendoza | | |

| 8. | Jesse Guadian | | |
| 9. | Alton Gary | | |

Respectfully submitted.

/s/ *Todd A. Durden*
Todd A. Durden
The Durden Law Firm
131 E. Vine St.
Keller, TX  76248
Tel: (817) 431–0099
Fax: (817) 431-0096
State Bar Number: 06276680
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of November, 2012, I filed with the clerk and delivered to the attorney for the government and to the court reporter the above and foregoing witness list.

/s/ *Todd A. Durden*
Todd A. Durden