**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS. | § § § | NO. 4:12-CR-168-A |
| JOSUE MARTINEZ-GARCIA (01) | § § | |

## DEFENDANT'S FIRST AMENDED EXHIBIT LIST

TO THE HONORABLE JOHN McBRYDE, UNITED STATES DISTRICT JUDGE:

Defendant, Josue Martinez-Garcia, by counsel, respectfully provides the following list of exhibits to the Court:

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- | --- |
| 1 | Carlos Mendoza | CBP form I-94 | | | |
| 2 | Carlos Mendoza | Texas Certificate of Title VIN #1G1AK55F777119702 | | | |
| 3 | | Reserved | | | |
| 4 | | Reserved | | | |
| 5 | | Reserved | | | |
| 6 | | Reserved | | | |
| 7 | | Reserved | | | |

The above-list may include exhibits which will be used only in part for impeachment. Defendant, in making and presenting this list, in no way offers these exhibits in full, nor waives objections to the admission of such exhibits into evidence (in whole or in part), nor waives limiting instructions regarding the same.

Respectfully submitted.

/s/ _____
Todd A. Durden
The Durden Law Firm
131 E. Vine St.
Keller, TX 76248
Tel: (817) 431–0099
Fax: (817) 431–0096
State Bar Number: 06276680
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of November, 2012, I filed with the clerk and delivered to the attorney for the government and to the court reporter the above and foregoing witness list.

/s/ _____
Todd A. Durden