UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK _____
INTERPRETER: Yovana Gonzalez, sworn
A.M. 9:38 - 10:43; 11:08 - 11:18 *(Jury Empanelment 10:44 a.m. - 11:14 a.m.)
TOTAL COURT TIME: 1 hr./15 mins.

COURT REPORTER: Debbie Saenz

Court Starting TIME: 8:30 a.m.
DATE HELD: November 19, 2012
CSO: Charlie Simmons

CR. No. 4:12-CR-168-A(01)

UNITED STATES OF AMERICA §
§ MATTHEW GULDE, AUSA
v. §
§
JOSUE MARTINEZ-GARCIA §  TODD DURDEN, APPOINTED
Defendants Name         Counsel for DeftsAppt-(A), Retd-(R), FPD-(F)

### 1st DAY JURY TRIAL

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled ☐ Days in Trial: ___ Hearing Concluded: ✔Yes

☐ ........ Deft. _____ failed to appear, bench warrant to issue.
✔ ........ Pretrial Conference held prior to trial.
✔ ........ Voir dire begin *(9:38 a.m. - 10:43 a.m. (1 hr. and 5 mins.)
✔ ........ *Jury impaneled. ✔Jury selected *(10:44 a.m. - 11:14 a.m. (30 mins.) ☐ Jury sworn
☐ ........ Jury trial held.
☐ ........ ☐ Govt ☐ Defts evidence presented.
☐ ........ Deft _____ motion for _____ ☐ granted ☐ denied ☐ moot.
☐ ........ Govt motion for _____ ☐ granted ☐ denied.
☐ ........ Deft _____ motion _____ taken under advisement.
☐ ........ Deft _____ motion _____ ☐ granted ☐ denied.
☐ ........ Evidence concluded.
☐ ........ Final arguments.
☐ ........ Court's charge to the jury.
☐ ........ Jury deliberating. ☐ .... Jury questions.
☐ ........ Jury verdict Rendered (See Verdict Form).
☐ ........ Court verdict Rendered (See Verdict Form).
☐ ........ Order for PSI, Disclosure and Sentencing dates.
☐ ........ Sentencing set for ___ at **9:00 a.m.** (Order to follow)
☐ ........ Bond ☐ continued.
✔ ........ Defendants custody continued.

☐ ........ **STATUS OF EXHIBITS:**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 19 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**PROCEEDINGS** _____

**Adjourned until Tuesday, November 20, 2012**