**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 20 2012
8:27am
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:12-CR-168-A |
| | § |
| JOSUE MARTINEZ-GARCIA (01) | § |

## GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

| EX | WITNESS | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1. | Jacob Fenton/ George Courtney | Fenton cell phone record | | |
| 1a. | Jacob Fenton/ George Courtney | Fenton cell phone record excerpts | | |
| 2. | George Courtney | Martinez-Garcia cell phone record | | |
| 2a. | George Courtney | Martinez-Garcia cell phone record excerpts | | |
| 3. | George Courtney | Alton Gary cell phone record | | |
| 4. | George Courtney | Rogelio Plancarte cell phone record | | |
| 5. | Josue Martinez-Garcia | Judgment, Cause No. 1172647001 | | |
| 6. | Jacob Fenton/ George Courtney | Fenton cell phones | | |

Government's Second Amended Exhibit List - Page 1

| | | | | |
|---|---|---|---|---|
| 7. | George Courtney | Martinez-Garcia cell phones | _____ | _____ |
| 8. | Brian Finney/ George Courtney | Plancarte cell phones | _____ | _____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Matthew J. Gulde
MATTHEW J. GULDE
Assistant United States Attorney
Illinois State Bar No. 6272325
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817.252.5248
Facsimile: 817.252.5455

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, a true copy of the foregoing Witness List was served by first class mail to Todd Durden at 131 East Vine Street, Keller, Texas 76248, counsel for the defendant.

/s/ Matthew J. Gulde
MATTHEW J. GULDE
Assistant United States Attorney