ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 NOV 20 PM 1:58

CLERK OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | NO. 4:12-CR-168-A |
| | § | |
| JOSUE MARTINEZ-GARCIA (01) | § | |

**DEFENDANT'S SECOND AMENDED EXHIBIT LIST**

TO THE HONORABLE JOHN McBRYDE, UNITED STATES DISTRICT JUDGE:

Defendant, Josue Martinez-Garcia, by counsel, respectfully provides the following list of exhibits to the Court:

***EXHIBITS TO BE PUBLISHED TO JURY***

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- | --- |
| 1 | Carlos Mendoza | CBP form I-94 | | | |
| 2 | Carlos Mendoza | Texas Certificate of Title VIN #1GAAK55F777119702 | | | |
| 3 | | Reserved | | | |
| 4 | | Reserved | | | |
| 5 | | Reserved | | | |
| 6 | | Reserved | | | |
| 7 | | Reserved | | | |

**EXHIBITS FOR THE COURT'S CONSIDERATION OUTSIDE HEARING OF JURY**

| EXHIBIT LETTER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| A | Officer A. Byars | Fort Worth Police Department Report 12-50288 | | | |
| B | Raúl Cáñez | Handwritten Note | | | |
| C | | Reserved | | | |
| D | | Reserved | | | |
| E | | Reserved | | | |

The above-list may include exhibits which will be used only in part for impeachment. Defendant, in making and presenting this list, in no way offers these exhibits in full, nor waives objections to the admission of such exhibits into evidence (in whole or in part), nor waives limiting instructions regarding the same.

Respectfully submitted.

/s/ *[signature]*
Todd A. Durden
The Durden Law Firm
131 E. Vine St.
Keller, TX 76248
Tel: (817) 431–0099
Fax: (817) 431-0096
State Bar Number: 06276680
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of November, 2012, I filed with the clerk and delivered to the attorney for the government and to the court reporter the above and foregoing exhibit list.

/s/ Todd A. Durden
Todd A. Durden