ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 20 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 5 2012  3:42
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA §
§
v. § No. 4:12-CR-168-A
§
JOSUE MARTINEZ-GARCIA (01) §

## GOVERNMENT'S WITNESS LIST

(2012)

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|-----|---------------|------------------------------|-----------------|
| 1. | George Courtney Case Agent, DEA | Investigation of defendant | 11/19 |
| 2. | Brian Finney DEA | Investigation of defendant | 11/19 |
| 3. | Cyrus Crum DEA | Investigation of defendant | / |
| 4. | AJ Dominguez DEA | Investigation of defendant | 11/19 11/20 |
| 5. | Jacob Fenton | Defendant's involvement in drug trafficking | 11/19 11/20 |
| 6. | Arthur Luna | Defendant's involvement in drug trafficking | / |
| 7. | Carlos Mendoza | Defendant's involvement in drug trafficking | 11/19, 11/20 |

Government's Witness List - Page 1

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 8. | Jesse Guadian | Defendant's involvement in drug trafficking | |
| 9. | Alton Gary | Defendant's involvement in drug trafficking | 11/19 |
| 10 | Adam Bradley Bryant | Traffic Officer | 11/20 |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

MATTHEW J. GULDE
Assistant United States Attorney
Illinois State Bar No. 6272325
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas  76102
Telephone:  817.252.5248
Facsimile: 817.252.5455

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2012, a true copy of the foregoing Government's Exhibit List was served by first class mail to Todd Durden at 131 East Vine Street, Keller, Texas 76248, counsel for the defendant.

MATTHEW J. GULDE
Assistant United States Attorney