8:05   11/20/2012

For some jurors, reasonable doubt exists. After further deliberation, no votes have changed. We realize the importance of this case and it is with that seriousness that we have approached the evidence. Unfortunately we remain, hopelessly deadlocked.

Robert C Soto

Received
8:06 P.M., 11/20/12

# 4:12 CV 168A

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 20 2012

CLERK, U.S. DISTRICT COURT
By _____
        Deputy