Note #1       Jan 23, 2013   11:05 am

Judge stated 2 points we needed to have agreement on. We don't necessarily have to agree on both, but we do have to be ~~unanimous~~ unanimous on the same one.

We can't remember exactly what those points were. Can we have them explained again?

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 23 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Received
11:10 AM, 1/23/13
[signature]
#4:12 CR 168-A