UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
MINUTE ORDER

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK
INTERPRETER: Yovana Gonzalez
A.M. 9:18 - 9:40
TOTAL COURT TIME: 11 mins.

COURT REPORTER: Debbie Saenz
USPO
COURT TIME: 9:00 A.M.
DATE HELD: May 10, 2013
CSO: Ray Urban

CR. No. 4:12-CR-168-A DEFT NO.01

| UNITED STATES OF AMERICA | § | AISHA SALEEM, AUSA |
|---|---|---|
| v. | § | |
| JOSUE MARTINEZ-GARCIA | § | TODD A. DURDEN, APPOINTED ☐ |
| Defendant's Name | | Counsel for Deft. Appt-(A), Retd-(R), FPD-(F) |

## SENTENCING

Hearing Type: ✔ Sentencing Hearing - Contested ☐ Sentencing Hearing - Non-Evidentiary
Trial Status: ✔ Completed by Jury Verdict January 23, 2013. ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Guilty Plea ✔ Days in Trial: 2 days. Hearing Concluded: ✔ Yes ☐ No

✔ ...... Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ ...... Change of plea hearing, deft withdraws plea of guilty.
☐ ...... Pre Sentencing Guidelines
☐ ...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87). ☐ Departs Upward ☐ Departs Downward
✔ ...... **SENTENCING TEXT:**
    ☐ .. Deft. placed on: Probation for _____ years.
    ✔ .. Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of Life.
    ✔ .. Deft. placed on: Supervised Released for 5 years.
    ☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
    ☐ .. Count(s) _____ of Original Indictment dismissed on government's motion as to this defendant.
    ✔ .. Original Indictment and 1st Superseding Indictment are dismissed on government's motion as to this defendant.
    ✔ .. $100.00 special assessment on Count(s) 1 ($100.00 per count).
    of ✔ 2nd Superseding Indictment ☐ Information ☐ Indictment ☐ Superseding Information.
☐ ...... Trial set for:_____
☐ ...... Defts bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ ...... Deft ordered to surrender to U.S. Marshal on _____
☐ ...... Deft ordered to surrender to the designated institution on _____
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked
✔ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft REMANDED to custody. ☐ Court recommends incarceration at _____
☐ ...... Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 10 2013
CLERK, U.S. DISTRICT COURT
By_____ Deputy

**OTHER PROCEEDINGS:** Govt. Exh. 1 - Admitted. (1 Exhibit for Cases No. 4:12-CR-260 & 4:12-CR-168)